<table>
<tr><td><b>Fill in this information to identify the case:</b></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of __Delaware__
                     (State)

Case number *(if known)*: _____ Chapter __11__

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**

Eastern Outfitters, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

Subortis Retail Group, LLC

**3. Debtor's federal Employer Identification Number (EIN)**

3 7 _ 1 8 2 9 1 6 4

**4. Debtor's address**

Principal place of business

160     Corporate Court
Number    Street

Meriden     CT     06450
City     State    ZIP Code

New Haven
County

Mailing address, if different from principal place of business

Number    Street

P.O. Box

City     State    ZIP Code

Location of principal assets, if different from principal place of business

Number    Street

City     State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Debtor | Eastern Outfitters, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

4  4  8  1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

■ Yes. Debtor   See Rider 1 _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

Debtor   Eastern Outfitters, LLC
         _____
         Name

Case number (*if known*)_____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____

| | | |
|---|---|---|
| Number | Street | |

_____

| | | |
|---|---|---|
| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**16. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☑ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | Eastern Outfitters, LLC | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☑ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☑ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☑ I have been authorized to file this petition on behalf of the debtor.

☑ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/05/2017
MM / DD / YYYY

X _____          Mark Walsh
Signature of authorized representative of debtor          Printed name

Title  Chief Executive Officer

**18. Signature of attorney**

X _____          Date  02/05/2017
Signature of attorney for debtor          MM / DD / YYYY

Norman L. Pernick
Printed name

Cole Schotz P.C.
Firm name

500      Delaware Avenue, Suite 1410
Number      Street

Wilmington                          DE          19801
City                          State          ZIP Code

(302) 652-3131                          npernick@coleschotz.com
Contact phone                          Email address

I.D. No. 2290                          DE
Bar number                          State

## Rider 1

### Affiliate Filings

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case listed (collectively, the "Debtors") filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the number assigned to the chapter 11 case of *In re Eastern Outfitters, LLC*.

- Eastern Outfitters, LLC
- Subortis Retail Financing, LLC
- Bob's Stores, LLC
- Eastern Mountain Sports, LLC
- Subortis IP Holdings, LLC
- Bob's/EMS Gift Card, LLC

WRITTEN CONSENT OF THE
MANAGER AND
SOLE MEMBER OF
EASTERN OUTFITTERS, LLC
a Delaware limited liability company

THE UNDERSIGNED, being the Manager (the "**Manager**") and the Sole Member (the "**Member**") of Eastern Outfitters, LLC, a Delaware limited liability company (the "**Company**"), hereby consent to and adopt the following resolutions pursuant to the Company's limited liability agreement and Sections 18-302 and 18-404 of the Delaware Limited Liability Company Act as of the date set forth below:

WHEREAS, the Manager and Member have reviewed and considered the materials regarding the liabilities and liquidity of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's businesses; and

WHEREAS, in the judgment of each of the Manager and Member, it is desirable and in the best interests of the Company and its subsidiaries, their creditors, and other interested parties that petitions be filed by the Company and its subsidiaries in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**" and the case commenced thereby, the "**Chapter 11 Case**"), and the filing of such petitions by the Company and its subsidiaries is authorized hereby.

**Chapter 11 Filing**

RESOLVED, that each officer and director of the Company (each being an "**Authorized Person**" and all being the "**Authorized Persons**") are hereby, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute, deliver and verify any and all petitions and other documents in connection with the Chapter 11 Case and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware at such time or in such other jurisdiction as such Authorized Person executing the same shall determine (the "**Chapter 11 filing**").

RESOLVED FURTHER, that the engagement by the Company of the law firm of Bracewell LLP as restructuring counsel for the Company under a general retainer in the Chapter 11 Case, subject to any requisite Bankruptcy Court approval, be, and it hereby is, authorized, approved and ratified in all respects.

RESOLVED FURTHER, that the engagement by the Company of the law firm of Cole Schotz P.C. as Delaware counsel for the Company under a general retainer in the Chapter 11 Case, subject to any requisite Bankruptcy Court approval, be, and it hereby is, authorized, approved and ratified in all respects.

RESOLVED FURTHER, that the engagement by the Company of (i) the firm of AlixPartners, LLP, as turnaround advisor for the Company in the Chapter 11 Case and (ii) the firm of Lincoln Partners Advisors LLC as financial advisor for the Company in the Chapter 11 Case, subject to any requisite Bankruptcy Court approval, be, and it hereby is, authorized, approved and ratified in all respects.

RESOLVED FURTHER, that the engagement by the Company of the firm of Kurtzman Carson Consultants LLC as the claims and noticing agent for the Company in the Chapter 11 Case, subject to any requisite Bankruptcy Court approval, be, and it hereby is, authorized, approved and ratified in all respects.

RESOLVED FURTHER, that the Authorized Persons be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to retain, engage or continue to employ such other professionals as they deem necessary, proper or desirable during the course of the Chapter 11 Case.

RESOLVED FURTHER, that the Authorized Persons be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute, deliver, certify, record and/or file and perform all petitions, documents, affidavits, schedules, motions, lists, applications, pleadings and other papers, in such form and with such additions and changes to any or all as such Authorized Person deems necessary, proper or desirable, and to take and perform any and all further acts and deeds as such Authorized Person deems necessary, proper or desirable in connection with the Chapter 11 Case, such determination to be conclusively evidenced by the taking of such action or the execution and delivery thereof.

RESOLVED FURTHER, that the Authorized Persons be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to engage, employ and retain all assistance by legal counsel, special counsel, auctioneers, accountants, financial advisors or other professionals that such Authorized Person deems necessary, proper or desirable in connection with the Chapter 11 Case, subject to any requisite Bankruptcy Court approval, with a view to the successful prosecution of such case or to effect the purposes and intent of the foregoing resolutions.

**<u>Debtor-in-Possession Financing Facility</u>**

WHEREAS, in connection with the commencement of the Chapter 11 Case, the Company and its subsidiaries require debtor-in-possession financing for the purposes of funding their operations and the costs of the Chapter 11 Case;

WHEREAS, the Company has engaged in extensive negotiations with SportsDirect.com Retail Ltd. ("**SportsDirect**"), the lender pursuant to the Company's and its subsidiaries' second lien debt and anticipated stalking horse bidder in a sale process to be conducted pursuant to section 363 of the Bankruptcy Code in the Chapter 11 Case, to provide financing on favorable terms;

WHEREAS, the Manager has determined that it is desirable and in the best interests of the Company to enter into a debtor-in-possession financing transaction substantially in the form and on the terms of that certain Debtor In Possession Credit and Security Agreement (the "**DIP Credit Agreement**") by and among SportsDirect, as agent for the lenders, the Company, Eastern Mountain Sports, LLC, Bob's Stores, LLC, Eastern Outfitters, LLC, Subortis IP Holdings, LLC, Bob's/EMS Gift Card, LLC and any other borrowers from time to time party thereto, as borrowers, and the lenders from time to time party thereto, providing for a debtor-in-possession credit facility on the closing date of the financing referenced in this paragraph, which will be secured by certain of the assets of the Company and the other borrowers and guarantors thereunder, a copy of which that has been provided to the Manager and Member with these resolutions, subject to any requisite Bankruptcy Court approval;

WHEREAS, the Manager has determined that it is desirable and in the best interests of the Company to authorize and empower each Authorized Person to continue to negotiate and finalize the DIP Credit Agreement in accordance with these resolutions.

RESOLVED, each of the Manager and the Member hereby (i) approves the form, terms, provisions and conditions of the DIP Credit Agreement substantially in the form provided with these resolutions, with such changes as the Authorized Person may approve, such approval evidenced by their execution and delivery thereof, and (ii) the Company be, and it hereby is, authorized to execute and deliver the DIP Credit Agreement, and, subject to any requisite Bankruptcy Court approval, to perform its obligations thereunder and consummate the transactions contemplated thereby.

RESOLVED FURTHER, that the Authorized Persons be, and each of them hereby is, authorized, empowered and directed to, in the name and on behalf of the Company (and any such actions heretofore taken by any of them are hereby ratified, confirmed and approved in all respects): (i) to cause the Company to perform, enter into, negotiate, execute, deliver, certify, file and/or record the DIP Credit Agreement, substantially in the form provided with these resolutions, with such changes as the Authorized Person may approve, such approval evidenced by their execution and delivery thereof, and any and all of the other agreements, documents, pledges, mortgages, guarantees, notes, security agreements, collateral security documents and instruments referenced herein, and such other agreements, financing statements, undertakings, instruments, motions, affidavits, assignments, applications for approvals or ruling of governmental or regulatory authorities, certificates or written consents thereof as may be required or as such Authorized Person deems necessary, proper or desirable, in such form and substance and with such additions and changes to any or all of such terms and conditions as such Authorized Person deems necessary, proper or desirable (collectively, the "**DIP Related Documents**") and (ii) to take or perform such other acts as may in the judgment of such person be or become necessary, proper or desirable, in order to effectuate fully the purposes and intent of the foregoing resolutions and matters ratified or approved herein and to consummate transactions contemplated by the DIP Credit Agreement and DIP Related Documents, including to amend, extend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions, such determination to be conclusively evidenced by the taking of such action or the execution and delivery thereof, in each case, subject to any requisite Bankruptcy Court approval (collectively, the "**DIP Related Actions**").

## Asset Purchase Agreement

WHEREAS, in connection with the commencement of the Chapter 11 Case, the Company and its subsidiaries have engaged in substantial negotiations with SportsDirect to serve as a stalking horse in a sale process to be conducted pursuant to section 363 of the Bankruptcy Code in the Chapter 11 Case;

WHEREAS, the Manager has determined that it is desirable and in the best interests of the Company to enter into an asset purchase agreement substantially in the form and on the terms of that certain Asset Purchase Agreement (together with any ancillary or related governing documents, certificates or agreements, the "**Asset Purchase Agreement**"), among the Company, Eastern Mountain Sports, LLC, Bob's Stores, LLC, Eastern Outfitters, LLC, Subortis IP Holdings, LLC, and Bob's/EMS Gift Card, LLC, each as a seller, and SportsDirect, as buyer, a

copy of which has been provided to the Manager and Member with these resolutions, subject to any requisite Bankruptcy Court approval.

WHEREAS, the Manager has determined that it is desirable and in the best interests of the Company to authorize and empower each Authorized Person to continue to negotiate and finalize the Asset Purchase Agreement in accordance with these resolutions.

RESOLVED, each of the Manager and the Member hereby (i) approves the form, terms, provisions and conditions of the Asset Purchase Agreement substantially in the form provided with these resolutions, with such changes as the Authorized Person may approve, such approval evidenced by their execution and delivery thereof, and (ii) the Company be, and it hereby is, authorized to execute and deliver the Asset Purchase Agreement, and, subject to any requisite Bankruptcy Court approval, to perform its obligations thereunder and consummate the transactions contemplated thereby.

RESOLVED FURTHER, that the Authorized Persons be, and each of them hereby is, authorized, empowered and directed to, in the name and on behalf of the Company (and any such actions heretofore taken by any of them are hereby ratified, confirmed and approved in all respects): (i) to cause the Company to perform, enter into, negotiate, execute, deliver, certify, file and/or record any and all of the Asset Purchase Agreement and all of the other agreements, documents, pledges, mortgages, guarantees, notes, security agreements, collateral security documents and instruments referenced herein, and such other agreements, financing statements, undertakings, instruments, motions, affidavits, assignments, applications for approvals or ruling of governmental or regulatory authorities, certificates or written consents thereof as may be required or as such Authorized Person deems necessary, proper or desirable, in such form and substance and with such additions and changes to any or all of such terms and conditions as such Authorized Person deems necessary, proper or desirable (collectively, the **"APA Related Documents"**), and (ii) to take or perform such other acts as may in the judgment of such person be or become necessary, proper or desirable, in order to effectuate fully the purposes and intent of the foregoing resolutions and matters ratified or approved herein and to consummate transactions contemplated by the Asset Purchase Agreement and APA Related Documents, including to amend, extend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions, such determination to be conclusively evidenced by the taking of such action or the execution and delivery thereof, in each case, subject to any requisite Bankruptcy Court approval (collectively, the **"APA Related Actions"**).

**Issuance of Press Release**

RESOLVED FURTHER, that the Authorized Persons be, and each of them hereby is, authorized, empowered and directed, in the Company's name and on its behalf, to issue, or cause to be issued, a press release announcing, among other things, the Chapter 11 Case, and the DIP Credit Agreement and the Asset Purchase Agreement, in such form and with such additions to such press release as such Authorized Person deems necessary, proper or desirable, such determination to be conclusively evidenced by the taking of such action or the issuance thereof.

**Subsidiaries**

RESOLVED FURTHER, that the Manager and the Member deem it necessary and advisable and in the best interests of the each of the Company's subsidiaries to (a) make the

Chapter 11 Filing, (b) enter into, execute and deliver the DIP Credit Agreement, the Asset Purchase Agreement, each DIP Related Document and each APA Related Document, and (c) take all DIP Related Actions and APA Related Actions.

**General**

RESOLVED FURTHER, that the Authorized Persons be, and each of them hereby is, authorized, empowered and directed to, in the name and on behalf of the Company, to enter into any amendments, renewals, extensions for any period, increases, waivers, consents, modifications, rearrangements, restatements, retirements, compromises or supplements to any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions.

RESOLVED FURTHER, that the Authorized Persons be, and each of them hereby is, in all respects, authorized, empowered and directed, for and on behalf of the Company and in its name, to take or cause to be taken all such further action and to sign, execute, acknowledge, certify, deliver, accept, record and file, or to cause to be signed, executed, acknowledged, certified, delivered, accepted, recorded and filed, any and all further documents, certificates, instruments and notices, and any amendments thereto, in such form and with such additions and changes to any or all of such terms and conditions as such Authorized Person deems necessary, proper or desirable to carry out the intent or accomplish the purpose of the foregoing resolutions, such determination to be conclusively evidenced by the taking of such action or the execution and delivery thereof.

RESOLVED FURTHER, that any and all actions previously or hereafter taken and any and all documents, certificates or instruments (however characterized or described) previously or hereafter executed and delivered or filed and recorded on behalf of the Company by the Authorized Persons, and others acting on pursuant to authority granted to them by the Manager, the Member or by the Authorized Persons, including the appointment of and authority granted to the Chief Restructuring Officer by the Manager on January 20, 2017, in order to carry into effect the purposes and intent of the foregoing resolutions are hereby ratified, confirmed, adopted and approved in all respects.

RESOLVED FURTHER, that all acts lawfully done or actions lawfully taken by any Authorized Person to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the Chapter 11 Case, or any matter related thereto, including in connection with the DIP Credit Agreement or the Asset Purchase Agreement, be, and they hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deed of the Company.

*[Signature Page Next]*

This Written Consent shall be filed in the Minute Book of the Company and shall become a part of the records of the Company.

Date: February 15 , 2017

**MANAGER OF EASTERN OUTFITTERS, LLC**

SUBORTIS RETAIL FINANCING, LLC:

Name: *MARK WALSH*

Title: *CFO*

**SOLE MEMBER OF EASTERN OUTFITTERS, LLC:**

SUBORTIS RETAIL FINANCING, LLC:

Name: *MARK WALSH*

Title: *CFO*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Eastern Outfitters, LLC | Case No.: 17-    (___) |
| Debtor. | (Joint Administration Requested) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), the following are the corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the above-captioned Debtor's equity interests:

| Equity Holder | % Ownership |
|---|---|
| Subortis Retail Financing, LLC | 100% |

Fill in this information to identify the case and this filing:

Debtor Name  Eastern Outfitters, LLC

United States Bankruptcy Court for the: _____ District of  Delaware
                                                                    (State)

Case number (if known):  _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration  1007(a)(1) Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/05/2017
         MM / DD / YYYY

✗ _____
Signature of individual signing on behalf of debtor

Mark Walsh
Printed name

Chief Executive Officer
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Eastern Outfitters, LLC, | Case No.: 17-      (___) |
| Debtors. | (Joint Administration Requested) |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), the following is the list of holders of any class of the above-captioned Debtor's equity interests:

| Equity Holder | Address of Equity Holder | % Ownership |
|---|---|---|
| Subortis Retail Financing, LLC | 160 Corporate Court, Meriden, CT 06450 | 100% |

Fill in this information to identify the case and this filing:

Debtor Name __Eastern Outfitters, LLC__

United States Bankruptcy Court for the: _____ District of __Delaware__
                                                                        (State)

Case number (if known): _____

**Official Form 202**

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule _____*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑  Other document that requires a declaration __1007(a)(3) List of Equity Security Holders__


I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/05/2017__                 ✗ _____
            MM / DD / YYYY                      Signature of individual signing on behalf of debtor


                                                Mark Walsh
                                                Printed name

                                                Chief Executive Officer
                                                Position or relationship to debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| Eastern Outfitters, LLC, *et al.*,[1] | Case No.:  17-            (___) |
|  | (Joint Administration Requested) |
| Debtors. |  |

## CONSOLIDATED LIST OF CREDITORS WHO HAVE
## THE 40 LARGEST UNSECURED CLAIM AND ARE NOT INSIDERS

Eastern Outfitters, LLC and its debtor affiliates, the debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (the "Cases") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code. The following is the consolidated list of the Debtors' creditors holding the 40 largest non-contingent, unsecured claims (the "Consolidated List") based on the Debtors' books and records as of immediately prepetition. The Consolidated List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in these chapter 11 cases. The Consolidated List does not include (a) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (b) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the Consolidated List. None of these creditors are minor children. The information contained herein shall neither constitute an admission of liability by, nor be binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority or amount of any claim. The Debtors reserve the right to make revisions and changes to the Consolidated List as they may deem necessary or appropriate.

---

[1]  The Debtors and the last four digits of their respective federal taxpayer identification numbers, where applicable, are as follows: Eastern Outfitters, LLC (9164); Subortis Retail Financing, LLC (9065); Eastern Mountain Sports, LLC (9553); Subortis IP Holdings, LLC; Bob's Stores, LLC (4389); and Bob's/EMS Gift Card, LLC (9618). The Debtors' executive headquarters are located at 160 Corporate Court, Meriden, CT 06450.

**Fill in this information to identify the case:**

Debtor name: Eastern Outfitters, LLC

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders

A list of creditors holding the 40 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 40 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | VF OUTDOOR INC<br>105 Corporate Center Blvd<br>Greensboro, NC 27408 | 336-424-6000<br>corporate_communications@vfc.com<br>336-424-7668 | Trade | | | | $768,837 |
| 2 | Google Inc.<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | 650-253-0000<br>Fax: 650-253-0001 | Expense | | | | $646,359 |
| 3 | Wolverine World Wide, Inc.<br>9341 Courtland Dr.<br>Rockford, MI 49351 | Stephanie Rectenwal<br>616-863-4234<br>Stephanie.Rectenwal@wwwinc.com<br>Fax: 616-866-5550 | Trade | | | | **$635,607** |
| 4 | Carhartt<br>5750 Mercury Dr.<br>Dearborn, MI 48126 | Donn Fones<br>772-631-1550<br>DFones@carhartt.com<br>Fax: 772-408-5221 | Trade | | | | $615,998 |
| 5 | Under Armour, Inc.<br>2601 Port Covington Dr.<br>Baltimore, MD 21230 | Kimberly Troast<br>Tel: 410-468-2512 x6589<br>ktroast@underarmour.com<br>Fax:410-468-2516 | Trade | | | | $582,119 |
| 6 | Aptos Canada, Inc. Aptos, Inc.<br>9300 Trans Canada Hwy.,<br>Suite 300<br>Saint-Laurent, QC H4S 1K5Canada | Nathalie Roy<br>514-428-2278<br>NRoy@aptos.com<br>514-428-0824 | Expense | | | | $413,242 |
| 7 | Valassis Direct Mail, Inc.<br>6 Armstrong Road 2nd Floor<br>Shelton, CT 06484 | Jane Steiger<br>203-225-9406<br>steigerj@valassis.com<br>734-591-4503 | Expense | | | | $407,197 |
| 8 | Confluence Watersports<br>575 Mauldin Road, Suite 200<br>Greenville, SC 29607 | Lissa Masters<br>864-859-8648<br>lissa.masters@kayaker.com<br>888-373-1220 | Trade | | | | $373,657 |

| Debtor | Eastern Outfitters, LLC | | | Case number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  K2 Corporations 413 Pine Street 3rd Floor Seattle, WA 98101 | K2 Sports USA Tel: 800-426-1617 Fax: 206-463-8272 | Trade | | | | $272,041 |
| 10  UPS 55 Glenlake Parkway NE Atlanta, GA 30328 | Tel: 404-828-6000 Fax: 404-828-6440 | Expense | | | | $221,107 |
| 11  Hanesbrands Inc. 1000 East Hanes Mill Road Winston Salem, NC 27105 | Shelly Vickers Shelly.Vickers@hanes.com Tel: 336-519-4793 Fax: 336-519-8746 | Trade | | | | $197,619 |
| 12  Demandware, Inc. 5 Wall Street Burlington, MA 01803 | Tel: 888-553-9216 Fax: 781-425-1500 | Expense | | | | $173,043 |
| 13  Fownes Performance Group 16 East 34Th St-5Th Fl New York, NY 10016-4328 | Tel: 800-345-6837 Fax: 212-683-2832 | Trade | | | | $171,843 |
| 14  Marmot Mountain Internati 5789 State Farm Dr. Ste 100 Rohnert Park, CA 94928" | Debby Robinson DRobinson@marmot.com Tel: 707-544-4590 Fax: 707-544-1344 | Trade | | | | $167,239 |
| 15  Kahtoola Inc. 431 River Run Road Flagstaff, AZ 86001 | Tel: 866-330-8030 Fax: 928-779-7249 | Trade | | | | $159,333 |
| 16  Dan Post Boot Company 1751 Alpine Drive Clarksville, TN 37040 | Tel: 931-645-4466 Fax: 931-645-6557 | Trade | | | | $157,580 |
| 17  Fox River Mills, Inc. 227 Poplar Street Osage, IA 50461-0298 | Tel: 641-732-3798 Fax: 641-732-5128 | Trade | | | | $133,781 |
| 18  WIS International 9265 Sky Park Court Suite 100 San Diego, CA 92123 | Tel: 858-565-8111 Fax: 858-492-2751 | Expense | | | | $127,073 |
| 19  Renfro Corporation 661 Linville RoadMount Airy, NC 27030 | Tel: 800-334-9091 Fax: 336-719-8215 | Trade | | | | $112,172 |
| 20  Seirus Innovation13975 Danielson Street Poway, CA 92064 | Tel: 858-513-1212 Fax: 858-513-7878 | Trade | | | | $112,109 |

Debtor    **Eastern Outfitters, LLC**
_____
Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21  Fila Sports, Inc. 930 Ridgebrook Rd. Suite 200 Sparks, MD 21152 | Tel: 410-773-3236 Fax: 410-773-4989 | Trade | | | | $110,277 |
| 22  Randa Accessories Leather Goods, LLC 5600 North River Road 5th Floor Rosemont, IL 60018 | Tel: 847-292-8300 | Trade | | | | $100,230 |
| 23  Centimark Corporation 12 Grandview Circle Canonsburg, PA 15317 | Tel: 800-558-4100 Fax: 724-743-7780 | Expense | | | | $95,543 |
| 24  Camelbak Products LLC 2000 S. McDowell, Suite 200 Petaluma, CA 94954 | Tel: 800-767-8007 Fax: 707-665-9231 | Trade | | | | $94,872 |
| 25  Wrangler 105 Corporate Center Blvd Greensboro, NC 27408 | VF Jeanswear LLP corporate_communications@vfc.com Tel: 336-424-6000 Fax: 336-424-7668 | Trade | | | | $88,577 |
| 26  Moose Creek, Inc.20801 Currier Road City of Industry, CA 91789 | Tel: 909-869-5859 Fax: 909-869-5873 | Trade | | | | $86,519 |
| 27  Asolo USA190 Hanover Steet Lebanon, NH 03766 | Tel: 877-888-8533 Fax: 603-448-8873 | Trade | | | | $80,788 |
| 28  Agron Inc. 2240 South Sepulveda Blvd Ste 201 Los Angeles, CA 90064 | Tel: 310-473-3104 Fax: 310-312-1753 | Trade | | | | $75,925 |
| 29  Broad Factors Corp. 1384 Broadway New York, NY 10018 | Tel: 212-354-8186 | Trade | | | | $71,435 |
| 30  KLEHR HARRISON HARVEY BRANZBURG LLP 1835 Market Street, Suite 1400 Philadelphia, PA 19103 | Tel: 215-569-2700 Fax: 215-568-6603 | Expense | | | | $66,344 |
| 31  Life Is Good, Inc. 15 Hudson Park Drive Hudson, NH 03051 | Tel: 603-594-6155 Fax: 603-579-4714 | Trade | | | | $64,779 |
| 32  Royce Too, LLC 350 Fifth Avenue Suite 333 New York, NY 10118 | Tel: 212-695-5113 Fax: 212-629-8150 | Trade | | | | $64,156 |

| Debtor | **Eastern Outfitters, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 33 | Dimension Data One Penn Plaza Suite 1600 New York, NY 10119 | Tel: 212-613-1220 Fax: 212-563-7279 | Expense | | | | $63,796 |
| 34 | Williamson-Dickie Mfg., C509 West Vickery Blvd. Fort Worth, TX 76104 | Tel: 800-342-5437 Fax: 817-877-5027 | Trade | | | | $63,524 |
| 35 | PACIFIC TEAZE, INC 20826 LASSEN STREET CHATSWORTH, CA 91311 | Tel: 818-882-8188 Fax: 818-882-1071 | Trade | | | | $63,381 |
| 36 | LIBERTY MOUNTAIN SPORTS, LLC 9816 SOUTH JORDAN GATEWAYSANDY, UT 84070 | Tel: 800-366-2666 Fax: 800-578-2705 | Trade | | | | $62,518 |
| 37 | CRITEO CORP. 411 High Street Palo Alto, CA 94301 | Tel: 650-322-6260 Fax: 650-322-6159 | Expene | | | | $61,918 |
| 38 | FORTY SEVEN BRAND 15 SOUTHWEST PARKWESTWOOD, MA 02090 | Tel: 781-702-2921 | Trade | | | | $61,268 |
| 39 | CLICKMAIL 63 BOVET ROAD, STE 405 San Mateo, CA 94402 | Tel: 650-653-8055 | Expense | | | | $59,999 |
| 40 | KEEN, INC. 515 NW 13th Avenue PORTLAND, OR 97209 | Shawna Arneson shawna.arneson@keenfootwear.com Tel: 971-200-4320 503-402-1545 | Trade | | | | $58,993 |

Fill in this information to identify the case and this filing:

Debtor Name __Eastern Outfitters, LLC__

United States Bankruptcy Court for the: _____    District of __Delaware__
                                                                            (State)

Case number (*if known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* ____

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/05/2017__                    ✗ _____
MM / DD / YYYY                                        Signature of individual signing on behalf of debtor

                                                          Mark Walsh
                                                          Printed name

                                                          Chief Executive Officer
                                                          Position or relationship to debtor