### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

In re: Eastern Outfitters, LLC
                Debtors

Case No. 17-10243 (LSS) [1]
Reporting Period: November *1 , 2018 to November 30, 2018*

### MONTHLY OPERATING REPORT
**File with Court and submit copy to United States Trustee within 20 days after end of month.**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | Yes | | Declaration Attached |
| Schedule of Professional Fees Paid | MOR-1b | Yes | | |
| Copies of bank statements | | | | Declaration Attached |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | Yes | | |
| Balance Sheet | MOR-3 | Yes | | |
| Status of Postpetition Taxes | MOR-4 | Yes | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4a | Yes | | |
| Listing of aged accounts payable | MOR-4a | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | | |
| Debtor Questionnaire | MOR-5a | Yes | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual [2]

12/6/2018
_____
Date

**Nicholas K. Campbell**
Printed Name of Authorized Individual

**Chief Restructuring Officer**
Title of Authorized Individual

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers, where applicable, are as follows: EO Liquidating, LLC (9164); Subortis Retail Financing, LLC (9065); EM Liquidating, LLC (9553); Subortis IP Holdings, LLC; BS Liquidating, LLC (4389); and BS/EM Liquidating, LLC (9618). The Debtors' executive headquarters are located at 160 Corporate Court, Meriden, CT 06450

[2] Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**MONTHLY OPERATING REPORT**

**GENERAL NOTES AND DISCLAIMER**

In re: Eastern Outfitters, LLC

The financial statements and supplemental information contained herein are unaudited, preliminary, and may not comply with generally accepted accounting principles ("GAAP") in all material respects.  In addition, the financial statements and supplemental information contained herein is provided to fulfill the requirements of the Office of the United States Trustee and have been derived from the books and records of the Debtors.

The results of operations contained herein are not necessarily indicative of results that are expected from any other period or for the full year and are not reflective of the results of operations, financial position, and cash flow of the Debtors in the future.

On May 18, 2017, substantially all of the assets of the Debtors were sold to Sportsdirect.com Retail Ltd.

**Eastern Outfitters, LLC**
**Debtors-in Possession**
**MOR-1**                                                                      **Chapter 11**
**Consolidating Schedule of Receipts and Disbursements**
**In re: Eastern Outfitters, LLC**

| *In U.S. Dollars (000's)* | Bob's Stores, LLC | Eastern Mountain Sports, LLC | Bob's/EMS Gift Card, LLC | Eastern Outfitters, LLC | Subortis IP Holdings, LLC | Subortis Retail Financing, LLC | Consolidated Filing Debtor Entities |
|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $ - | $ - | $ - | $ - | $ - | $ - | - |
| | | | | | | | |
| **Total Cash Receipts (1)** | - | - | - | - | - | - | - |
| | | | | | | | |
| **Operating Disbursements** | | | | | | | |
| Merchandise | - | - | - | - | - | - | - |
| Rent and Occupancy (2) | - | - | - | - | - | - | - |
| Payroll & Related/Benefits | - | - | - | - | - | - | - |
| Freight | - | - | - | - | - | - | - |
| Sales Tax Payments | - | - | - | - | - | - | - |
| Utilities | - | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | - | - |
| Marketing & Other Disbursements (3) | - | - | - | - | - | - | - |
| **Total Operating Disbursements** | - | - | - | - | - | - | - |
| | | | | | | | |
| **Non-Operating Disbursements** | - | - | | | | | |
| Professional Fees & Expenses | - | - | - | - | - | - | - |
| U.S. Trustee Fees | - | - | - | - | - | - | - |
| Liquidator Fees and GOB Expenses | - | - | - | - | - | - | - |
| Interest, Financing Fees, & Lender Professional Fees | - | - | - | - | - | - | - |
| LCs & Cash Collateral | - | - | - | - | - | - | - |
| **Total Non-Operating Disbursements** | - | - | - | - | - | - | - |
| | | | | | | | |
| **Total Disbursements** | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | |
| **Net Cash Flow** | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | |
| | | | | | | | |
| **Beginning Cash Balance** | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net Cash Flow | - | - | - | - | - | - | - |
| Prepetition Loan (Paydowns) | - | - | - | - | - | - | - |
| DIP Borrowings (Paydowns) | - | - | - | - | - | - | - |
| Change in Check Float - Increase (Decrease) | - | - | - | - | - | - | - |
| Utility Escrow Account | - | - | - | - | - | - | - |
| **Ending Cash Balance** | $ - | $ - | - | - | $ - | $ - | $ - |

**Disbursements for Purposes of Calculating UST Fees**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prepetition Loan (Paydowns) | - | - | - | - | - | - | |
| Total Disbursements | - | - | - | - | - | - | |
| **Total UST Disbursements** | $ - | $ - | $ - | $ - | $ - | $ - | |

**Eastern Outfitters, LLC**
**Debtors-in-Possession**
**MOR-1a**
**Bank Account Summary**
**In re: Eastern Outfitters, LLC**

Case No. 17-10243 (LSS)
Chapter 11

| Bank | Account Type | Entity | Bank Account # (last four digits) | GL Account # | Bank Balance [1] | Ledger Balance [1] | Reconciled (Yes / No) [2] | Account Opened During Reporting Period |
|------|-------------|--------|-----------------------------------|--------------|------------------|--------------------|----------------------------|----------------------------------------|
| PNC | Depository | Bob Stores LLC Debtor in Possession(GL 10010) | 4786 | 10010 | - | - | Yes | No |
| PNC | Account Type | Bob Stores, LLC Master Disbursement Account (GL 10008) | 4743 | 10008 | - | - | Yes | No |
| PNC | Operating Account | Bobs Stores, LLC DIP Account (GL 10016) | 6867 | 10016 | - | - | Yes | No |
| PNC | Depository | EMS, LLC Debtor in Possession (GL 10010) | 4778 | 10010 | - | - | Yes | No |
| PNC | Operating Account | EMS, LLC Master Disbursement Account (GL 10008) | 4698 | 10008 | - | - | Yes | No |
| | | | | | - | - | | |
| **Total Account Cash** | | | | | $ - | $ - | | |
| Utility Deposit (3) | | | | | - | - | | |
| Other | Other Cash | | | | - | - | | |
| **Total Cash [2]** | | | | | $ - | $ - | | |

[1] Bank statements will be made available upon request.
[2] Total Cash per Balance Sheet as of period end.
[3] Includes Utility Deposits specific to the Vestis Retail Group bankruptcy filing on 4/18/16

"I attest that each of the Debtors' cash accounts has been reconciled to monthly bank statements."

_____
Nicholas K. Campbell
Chief Restructuring Officer

**Eastern Outfitters, LLC**
**Debtors-in-Possession**
**MOR - 1b**
**Schedule of Professional Fees and Expenses Paid**
**In re: Eastern Outfitters, LLC**

| Payee | Payor | Amounts Paid | | Total Fee & Expenses |
|---|---|---|---|---|
| | | Fees | Expenses | |
| **Restructuring Professionals** | | | | |
| AP Services, LLC | Bob's Stores, LLC | $        - | $        - | $        - |
| Cole Schotz | Bob's Stores, LLC | - | - | - |
| Bracewell, LLP | Bob's Stores, LLC | - | - | - |
| Cooley, LLP | Bob's Stores, LLC | - | - | - |
| Drinker Biddle & Reath, LLP | Bob's Stores, LLC | - | - | - |
| Province Inc. | Bob's Stores, LLC | - | - | - |
| Kurtzman Carson Consultants, LLC | Bob's Stores, LLC | - | - | - |
| Malfitano Advisors, LLC | Bob's Stores, LLC | - | - | - |
| Meru, LLC [3] | Bob's Stores, LLC | - | - | - |
| Lincoln Partners Advisors, LLC | Bob's Stores, LLC | - | - | - |
| RCS Real Estate | Bob's Stores, LLC | - | - | - |
| KPMG | Bob's Stores, LLC | - | - | - |
| US Trustee | Bob's Stores, LLC | - | - | - |
| | | | | |
| **Total Restructuring Professional Fees and Expenses Paid** | | $        - | $        - | $        - |

**Total Professional Fees and Expenses Paid to Escrow Account** [1] [2]                                                          $   5,007,722

**Notes:**

[1] - Pursuant to, and to the extent set forth in, the Debtors' post-petition financing facility and the related budget, the certain professional fees and expenses were escrowed each week based on estimated amounts incurred over the thirteen week period.  The escrow account relates to professional fees for AP Services LLC, Cole, Schotz, Meisel, Forman & Leonard, P.A., Bracewell LLP, Kurtzman Carson Consultants LLC, Maltifano Advisors LLC, Lincoln Partners Advisors LLC, RCS Real Estate, Meru LLC, Cooley, LLP, Drinker Biddle & Reath LLP, and Province. In May of 2017, the escrow account was funded for professional fees and winddown expenses of the Estate.

[2] - Professional fees are paid out of the escrow account on a professional by professional basis. Professionals whose fees exceed their allocated escrow funds will be paid directly out of the estate's bank account, classified under Eastern Outfitters, LLC.

[3] - Expenses for MERU LLC reflect Connecticut taxes.

**Eastern Outfitters, LLC**
**Debtors-in-Possession**
**MOR - 2**
**Consolidating Statement of Operations Draft**
**In re: Eastern Outfitters, LLC**

| *In U.S. Dollars* | Bob's Stores, LLC | Eastern Mountain Sports, LLC | Bob's/EMS Gift Card, LLC | Eastern Outfitters, LLC | Subortis IP Holdings, LLC | Subortis Retail Financing, LLC | Consolidated Filing Debtor Entities |
|---|---|---|---|---|---|---|---|
| Royalty Revenue | - | - | - | - | - | - | - |
| **Net Sales** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| | | | | | | | |
| **Total Cost of Goods Sold** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| | | | | | | | |
| **Gross Profit / (Loss)** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| | | | | | | | |
| Total SG&A Costs | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| | | | | | | | |
| Asset Impairments | - | - | - | - | - | - | - |
| | | | | | | | |
| **Operating Income / (Loss)** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| | | | | | | | |
| Restructuring Fees & Expenses, net | - | - | - | - | - | - | - |
| DIP Financing Fees | - | - | - | - | - | - | - |
| Total Restructuring / Reorganization Expenses | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| | | | | | | | |
| Total Other Expenses | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| | | | | | | | |
| **Net Income / (Loss) Before Taxes** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| | | | | | | | |
| Income Tax (Benefit) / Expense | - | - | - | - | - | - | - |
| | | | | | | | |
| **Net Income / (Loss)** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |

**Eastern Outfitters, LLC**
**Debtors-in-Possession**
**MOR - 3**
**Consolidating Balance Sheet Final**
**In re: Eastern Outfitters, LLC**

| In U.S. Dollars | Bob's Stores, LLC | Eastern Mountain Sports, LLC | Bob's/EMS Gift Card, LLC | Eastern Outfitters, LLC | Subortis IP Holdings, LLC | Subortis Retail Financing, LLC | Consolidated Filing Debtor Entities |
|---|---|---|---|---|---|---|---|
| Cash & Cash Equivalents | - | - | - | - | - | - | - |
| Accounts Receivable | - | - | - | - | - | - | - |
| Inventory | - | - | - | - | - | - | - |
| Prepaid Expenses & Other Current Assets | 36,175 | - | - | - | - | - | 36,175 |
| **Total Current Assets** | **36,175** | **-** | **-** | **-** | **-** | **-** | **36,175** |
| | | | | | | | |
| Property, Plant & Equipment, Net | - | - | - | - | - | - | - |
| Trademarks & Other Intangible Assets, Net | - | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - | - |
| Deposits & Other Long-Term Assets | - | - | - | - | - | - | - |
| **Total Long Term & Other Assets** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| | | | | | | | |
| **TOTAL ASSETS** | **36,175** | **-** | **-** | **-** | **-** | **-** | **36,175** |
| | | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | | |
| DIP Loan Balance | - | - | - | - | - | - | - |
| Accounts Payable | - | - | - | - | - | - | - |
| Accrued Liabilities [1] | - | - | - | - | - | - | - |
| **Total Liabilities** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| | | | | | | | |
| **Liabilities Subject to Compromise [2]** | | | | | | | |
| Prepetition Revolving Credit Facility | - | - | - | - | - | - | - |
| Term Loans | - | - | - | - | - | - | - |
| Accounts Payable | 26,861,000 | 14,370,000 | - | - | - | - | 41,231,000 |
| Accrued Liabilities [1] | - | - | - | - | - | - | - |
| Intercompany, Net | - | - | - | - | - | - | - |
| Other Long-Term Liabilities | - | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | **26,861,000** | **14,370,000** | **-** | **-** | **-** | **-** | **41,231,000** |
| | | | | | | | |
| **TOTAL LIABILITIES** | **26,861,000** | **14,370,000** | **-** | **-** | **-** | **-** | **41,231,000** |
| | | | | | | | |
| **Total Equity / (Deficit)** | **(26,824,825)** | **(14,370,000)** | **-** | **-** | **-** | | **(41,194,825)** |
| | | | | | | | |
| **TOTAL LIABILITIES AND EQUITY** | **36,175** | **-** | **-** | **-** | **-** | **-** | **36,175** |

[1] - The Company is in the process of actively reviewing accrued liabilities and reconciling the pre and post-petition liabilities; therefore, these figures may be subject to change

[2] - Liabilities Subject to Compromise reflect management's estimates and may be subject to revision in future monthly operating reports. These figures do not account for any liabilities that have been assumed by th

**In re: Easetern Outfitters, LLC**

Form:                                                                      **MOR - 4**
Case:                                                                 **17-10243 (LSS)**
Reporting Period: November 1, 2018 to November 30, 2018

**In re: Eastern Outfitters, LLC**

<div style="background-color:#1F4E79; color:white; text-align:center;">**Status of Post-Petition Taxes**</div>

I am the Chief Restructuring Officer for the Debtors in the above captioned Chapter 11 cases.  I am familiar with the Debtors' day to day operations, business affairs and books and records.

To the best of my knowledge, the Debtors have filed all necessary federal, state and local tax returns and made all required post-petition ta: payments in connection therewith in a timely manner or have promptly remediated any late filings or payments that may have occurred due to unintentional oversights.

_____                                      Date                    **12/6/2018**
Signature of Authorized Individual

**Nicholas K. Campbell**                                           **Chief Restructuring Officer**
Printed Name of Authorized Individual                      Title of Authorized Individual

**Eastern Outfitters, LLC**
**Debtors-in-Possession**
**MOR - 4a**
**Consolidated Summary of Unpaid Postpetition Debts**
**In re: Eastern Outfitters, LLC**

| In U.S. Dollars | | | | | | Total |
|---|---|---|---|---|---|---|
| | Current | 1-30 | 31-60 | 61-90 | Over 90 | |
| Accounts Payable, Trade [1] | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Inventory Received Not Vouchered [2] | - | - | - | - | - | - |
| Accounts Payable, Manual [3] | - | - | - | - | - | - |
| | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** |

[1] Accounts Payable, Trade is aged relative to payment terms in effect as of the Petition Date.

[2] Represents the value of inventory received from various suppliers, for which a related invoice had not been received by the Debtors, as of period-end.

[3] Primarily represents period-end accruals for goods in transit.

**Eastern Outfitters, LLC**
**Debtors-in-Possession**
**MOR - 5**
**Consolidated Summary of Accounts Receivable**
**In re: Eastern Outfitters, LLC**

| *In U.S. Dollars* | Number of Days Outstanding | | | | | |
|---|---|---|---|---|---|---|
| | **Current** | **1-30** | **31-60** | **61-90** | **>90** | **Total** |
| Trade Receivables | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Allowance for Bad Debts | - | - | - | - | - | - |
| **Total Trade Receivables per Aging** | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| | | | | | | |
| Credit Card Receivables | - | - | - | - | - | - |
| | | | | | | |
| Other Misc. Receivables | - | - | - | - | - | - |
| **Total Accounts Receivable per Balance Sheet** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** |

**Eastern Outfitters, LLC**                    Case No. 17-10243 (LSS)
**Debtors-in-Possession**                                    **Chapter 11**
**MOR-5a**
**Debtors' Questionnaire**
**In re: Eastern Outfitters, LLC**

| | Yes | No |
|---|:---:|:---:|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. [1] | | X |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened accounts(s). If an investment account has been opened, provide the required documentation pursuant to the Delaware Local Rule 4001-3. [2] | | X |

[1] The Debtors are closing 35 stores.  As part of this process, the inventory was liquidated at each location and the FF&E was sold. On May 18, 2017, substantially all of the assets of the Debtors were sold to Sportsdirect.com Retail Ltd.

[2] In accordance with the cash management order entered by the Court, the Debtors provided notice of the opening of this account to the Office of the United States Trustee for the District of Delaware and the Official Committee of Unsecured Creditors.

MOR-5A

MOR-5A