# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>EO Liquidating, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-10243 (LSS)<br><br>Jointly Administered<br>**Related to Docket No. 1023** |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 24, 2019 AT 11:00 A.M. (ET) BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN[3]

## FEE APPLICATIONS

1. Final Fee Applications

    Related Documents:

    a) Index of Monthly and Final Fee Applications and Certificates with Respect to the Final Period (Previously attached as Exhibit A)[4]

    b) **Notice of Supplement to Final Fee Application of Cole Schotz P.C. (Filed April 22, 2019) (Docket No. 1024)**

    c) **Certification of Counsel Regarding Omnibus Order Approving Fee Applications for the Final Compensation Period February 5, 2017 Through and Including March 15, 2019 (Filed April 23, 2019) (Docket No. 1025)**

    Objection Deadline: See Respective Fee Applications.

    Responses Received: None.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers, where applicable, are as follows: EO Liquidating, LLC (9164); Subortis Retail Financing, LLC (9065); EM Liquidating, LLC (9553); Subortis IP Holdings, LLC; BS Liquidating, LLC (4389); and BS/EM Liquidating, LLC (9618). The Debtors' executive headquarters are located at 160 Corporate Court, Meriden, CT 06450.

[2] **Amendments appear in bold print.**

[3] The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.

[4] A binder of the respective final fee applications of the applicants scheduled for this hearing was submitted to Chambers on April 17, 2019.

56181/0001-17083932v2

Status: **A Certification of Counsel, together with a proposed order, was filed with the Court. This matter will be going forward.**

## STATUS CONFERENCE

2. Notice Regarding Dismissal of Chapter 11 Cases (Filed March 26, 2019) (Docket No. 1007)

    Related Documents:

    a) Debtors' Motion for Entry of an Order (A) Authorizing the Destruction, Abandonment, or Other Disposition of Remaining Records and Documents, (B) Dismissing the Debtors' Chapter 11 Cases; and (C) Granting Related Relief (Filed August 4, 2017) (Docket No. 689)

    b) Order (A) Authorizing the Destruction, Abandonment, or Other Disposition of Remaining Records and Documents, (B) Dismissing the Debtors' Chapter 11 Cases; and (C) Granting Related Relief (Entered August 31, 2017) (Docket No. 735)

    Objection Deadline:   April 5, 2019 at 4:00 p.m.

    Responses Received:  None.

    Status:   This matter will be going forward as a status conference.

Dated: April **23**, 2019

COLE SCHOTZ P.C.

_____
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
npernick@coleschotz.com
preilley@coleschotz.com

- and -

**BRACEWELL LLP**
Jennifer Feldsher (admitted *pro hac vice*)
1251 Avenue of Americas, 49th Floor
New York, New York 10020-1104
Telephone: (212) 508-6100
Facsimile: (800) 404-3970
Jennifer.Feldsher@bracewelllaw.com

2

- and -

Mark E. Dendinger (admitted *pro hac vice*)
CityPlace I, 34th Floor
185 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 947-9000
Facsimile: (800) 404-3970
Mark.Dendinger@bracewelllaw.com

*Counsel for Debtors and
Debtors in Possession*

56181/0001-17083932v2